IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUL 28 PM 12: 07

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

IN THE MATTER OF THE COMPLAINT OF
WEPFER MARINE, INC. FOR EXONERATION
FROM OR LIMITATION OF LIABILITY,

Cause No. 03-2202 B/P

## ORDER

This court, having been advised by counsel for the parties that settlement has been reached on all matters in this case, the motion of Wepfer Marine, Inc. for Clarification or to Alter or Amend Judgment is DENIED AS MOOT.

**IT IS SO ORDERED** this 26th day of July, 2005.

_____
J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 7-28-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 68 in case 2:03-CV-02202 was distributed by fax, mail, or direct printing on July 28, 2005 to the parties listed.

---

Matthew H. Ammerman
FITZHUGH & ELLIOTT PC
12727 Kimberley Lane
Ste. 302
Houston, TX 77024

Thomas C. Fitzhugh
FITZHUGH & ELLIOTT PC
12727 Kimberley Lane
Ste. 302
Houston, TX 77024

Derrick S. Kirby
GOLDSTEIN & PRICE
One Memorial Drive
Ste. 1000
St. Louis, MO 63102

Louis J. Miller
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Gary T. Sacks
GOLDSTEIN & PRICE
One Memorial Drive
Ste. 1000
St. Louis, MO 63102

John R. Smith
BROWN BRASHER & SMITH
5100 Poplar Avenue
Ste. 2515
Memphis, TN 38137--251

Honorable J. Breen
US DISTRICT COURT