UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

FILED BY _____ D.C.

05 SEP 12 PM 1: 55

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| WEBFER MARINE, INC., | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | |
| v. | |
| LIBERTY MUTUAL INSURANCE, et al., | CASE NO: 2:03-2202-B |
| Claimants. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Agreed Final Decree Of Exoneration From Liability entered on September 8, 2005, this cause is hereby dismissed with prejudice.

APPROVED:

_____
J. DANIEL BREEN
UNITED STATES DISTRICT COURT

9/12/05
Date

THOMAS M. GOULD
Clerk of Court

_____
(By) Deputy Clerk

This document entered on the docket sheet In compliance with Rule 58 and/or 79(a) FRCP on 9-12-05

76

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 76 in case 2:03-CV-02202 was distributed by fax, mail, or direct printing on September 12, 2005 to the parties listed.

---

Thomas C. Fitzhugh
FITZHUGH & ELLIOTT PC
12727 Kimberley Lane
Ste. 302
Houston, TX 77024

Matthew H. Ammerman
FITZHUGH & ELLIOTT PC
12727 Kimberley Lane
Ste. 302
Houston, TX 77024

Gary T. Sacks
GOLDSTEIN & PRICE
One Memorial Drive
Ste. 1000
St. Louis, MO 63102

Louis J. Miller
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Derrick S. Kirby
GOLDSTEIN & PRICE
One Memorial Drive
Ste. 1000
St. Louis, MO 63102

John R. Smith
BROWN BRASHER & SMITH
5100 Poplar Avenue
Ste. 2515
Memphis, TN 38137--251

Honorable J. Breen
US DISTRICT COURT